USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIANA BARRIOS,

                Plaintiff,

-v-

BIG FISH ENTERTAINMENT, *et al.*,

                Defendants.

**ORDER**

23-CV-5821 (JGLC) (HJR)
25-CV-3203 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff has filed two cases in this District, having significant overlap. The first of these two cases, 23-cv-5821, is currently stayed after Judge Clarke granted the defendants' motion to compel arbitration. 23-cv-5821 Dkt. No. 71. Plaintiff has moved to vacate the stay. 23-cv-5821 Dkt. No. 72.

    On July 7, 2025, several of the defendants who are party to both cases filed a premotion letter on both dockets concerning an anticipated motion to compel arbitration and/or dismiss the second of the two cases, 25-cv-3203. 23-cv-5821 Dkt. No. 78; 25-cv-3203 Dkt. No. 18. Plaintiff is directed to respond to this letter by **July 18, 2025**.

    The Court will hold a conference via telephone on **July 24, 2025,** at **11:00 a.m.** Parties should dial in to 646-453-4442 and use the conference ID 735-227-641#.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

1

**SO ORDERED.**

Dated: July 8, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge