UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIANA BARRIOS-CONTRERAS,

                Plaintiff,

      -v-

BIG FISH ENTERTAINMENT LLC, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2025

**ORDER**

23-CV-5821 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On October 14, 2025, Plaintiff submitted a motion to compel discovery (the "Motion"). ECF No. 89. Plaintiff's Motion is **DENIED** without prejudice.

    On September 30, 2025, the undersigned issued a report and recommendation ("R&R") regarding Plaintiff's motion for reconsideration related to, among other things, the stay imposed in this matter. ECF No. 87. Plaintiff submitted objections to the R&R on October 13, 2025. ECF No. 88. The R&R and Plaintiff's objections are currently pending review by Judge Clarke. Plaintiff's Motion is therefore improper at this time, but may be renewed at a later date subject to Judge Clarke's decision regarding the R&R and Plaintiff's objections.

    The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 89 as **DENIED** and to mail a copy of this order to Plaintiff.

1


**SO ORDERED.**

Dated: October 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge